**Earnings Statement**

County of Delaware
201 W. Front Street
Media, PA, 19063

| | |
|---|---|
| Pay Date.... | 10/25/2019 |
| Pay Period.. | 10/06/2019 -10/19/2019 |
| Pers.No..... | 00112352 |
| Check/Advice #: | 0011235200352001 |

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 1,163.47 | 1,627.87 | 350.45 | 113.95 |

| Time Earned Remaining: | Vacation | Sick | Comp Hrs |
|---|---|---|---|
| | 5.00 | 16.50 | 120.00 |

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA  19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 15.43 | 73.00 | 1,126.39 | | 21,551.76 |
| Overtime | 23.15 | 17.00 | 393.47 | | 3,076.67 |
| Holiday | 15.43 | 7.00 | 108.01 | | 1,175.51 |
| Vacation | | | | | 1,184.96 |
| Sick | | | | | 965.79 |
| Comp Time | | | | | 1,130.98 |
| Excused | | | | | 108.01 |
| *** Total Gross Pay | | | 1,627.87 | | 29,193.68 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 156.67 | | 2,724.77 |
| Federal -TX EE Social Security Ta | | | 100.93 | | 1,810.01 |
| Federal -TX EE Medicare Tax | | | 23.61 | | 423.31 |
| Pennsylv-TX Withholding Tax | | | 49.98 | | 896.25 |
| Pennsylv-TX EE Unemployment Tax | | | 0.98 | | 17.52 |
| Media Bo-TX Withholding Tax | | | 16.28 | | 291.95 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 44.00 |
| *** Total Employee Taxes | | | 350.45 | | 6,207.81 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 113.95 | | 2,043.59 |
| County Life Insurance | | | | | 14.30 |
| AETNA Dental | | | | | 403.90 |
| AFSCME Un Dues | | | | | 348.96 |
| *** Total Other Deductions | | | 113.95 | | 2,810.75 |

Advice number        0011235200352001
Pay date             10/25/2019

Deposited to the
account of    **Kelly Lisa Y.**

This amount    ***ONE THOUSAND ONE HUNDRED SIXTY-THREE USD and 47/100 ***        $    1,163.47

**Earnings Statement**

County of Delaware
201 W. Front Street
Media, PA, 19063

| | |
|---|---|
| Pay Date.... | 10/11/2019 |
| Pay Period.. | 09/22/2019 -10/05/2019 |
| Pers.No..... | 00112352 |
| Check/Advice #: | 0011235200351001 |

| Net Pay = | Gross Pay | - | Taxes | - | Deductions |
|---|---|---|---|---|---|
| 746.04 | 1,141.82 | | 238.93 | | 156.85 |

| Time Earned Remaining: | Vacation 5.00 | Sick 16.50 | Comp Hrs 120.00 |
|---|---|---|---|

Dept/Location   11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA 19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 15.43 | 60.00 | 925.80 | | 20,425.37 |
| Overtime | | | | | 2,683.20 |
| Holiday | | | | | 1,067.50 |
| Vacation | 15.43 | 14.00 | 216.02 | | 1,184.96 |
| Sick | | | | | 965.79 |
| Comp Time | | | | | 1,130.98 |
| Excused | | | | | 108.01 |
| *** Total Gross Pay | | | 1,141.82 | | 27,565.81 |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX Withholding Tax | | | 102.43 | | 2,568.10 |
| Federal -TX EE Social Security Ta | | | 70.79 | | 1,709.08 |
| Federal -TX EE Medicare Tax | | | 16.55 | | 399.70 |
| Pennsylv-TX Withholding Tax | | | 35.05 | | 846.27 |
| Pennsylv-TX EE Unemployment Tax | | | 0.69 | | 16.54 |
| Media Bo-TX Withholding Tax | | | 11.42 | | 275.67 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 42.00 |
| *** Total Employee Taxes | | | 238.93 | | 5,857.36 |
| OTHER DEDUCTIONS | | | | | |
| Pn Fd Non-Elec | | | 79.93 | | 1,929.64 |
| County Life Insurance | | | 1.43 | | 14.30 |
| AETNA Dental | | | 40.39 | | 403.90 |
| AFSCME Un Dues | | | 35.10 | | 348.96 |
| *** Total Other Deductions | | | 156.85 | | 2,696.80 |

| | |
|---|---|
| Advice number | 0011235200351001 |
| Pay date | 10/11/2019 |

Deposited to the account of   **Kelly Lisa Y.**

This amount   ***SEVEN HUNDRED FORTY-SIX USD and 04/100 ***   $   746.04

```
Pay Date....   08/16/2019
Pay Period..   07/28/2019 -08/10/2019
Pers.No.....   00112352
Check/Advice #:  0011235200347001
```

| Net Pay = | Gross Pay | - | Taxes | - | Deductions |
|---|---|---|---|---|---|
| 914.85 | 1,272.98 | | 269.02 | | 89.11 |

| Time Earned Remaining: | Vacation 7.00 | Sick 14.50 | Comp Hrs 99.00 |
|---|---|---|---|

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA 19082

| | | Current Period | | Retro-Active | Year To Date |
|---|---|---|---|---|---|
| | Rate | Hours | Amount | Amount | Amount |
| **EARNINGS** | | | | | |
| Regular | 15.43 | 71.00 | 1,095.53 | | 16,367.28 |
| Overtime | 23.15 | 3.00 | 69.44 | | 2,451.75 |
| Holiday | | | | | 959.49 |
| Vacation | | | | | 968.94 |
| Sick | | | | | 965.79 |
| Comp Time | 15.43 | 7.00 | 108.01 | | 1,130.98 |
| Excused | | | | | 108.01 |
| **\*\*\* Total Gross Pay** | | | 1,272.98 | | 22,952.24 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 117.06 | | 2,153.22 |
| Federal -TX EE Social Security Ta | | | 78.93 | | 1,423.04 |
| Federal -TX EE Medicare Tax | | | 18.46 | | 332.81 |
| Pennsylv-TX Withholding Tax | | | 39.08 | | 704.64 |
| Pennsylv-TX EE Unemployment Tax | | | 0.76 | | 13.77 |
| Media Bo-TX Withholding Tax | | | 12.73 | | 229.53 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 34.00 |
| **\*\*\* Total Employee Taxes** | | | 269.02 | | 4,891.01 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 89.11 | | 1,606.68 |
| County Life Insurance | | | | | 11.44 |
| AETNA Dental | | | | | 323.12 |
| AFSCME Un Dues | | | | | 278.76 |
| **\*\*\* Total Other Deductions** | | | 89.11 | | 2,220.00 |

Advice number      0011235200347001
Pay date           08/16/2019

Deposited to the
account of    Kelly Lisa Y.

This amount    \*\*\*NINE HUNDRED FOURTEEN USD and 85/100 \*\*\*                    $    914.85

201 W. Front Street

Pay Date....      08/02/2019
Pay Period..      07/14/2019 -07/27/2019
Pers.No.....      00112352
Check/Advice #:   0011235200346001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 810.91 | 1,234.41 | 260.17 | 163.33 |

| Time Earned | Vacation | Sick | Comp Hrs |
|---|---|---|---|
| Remaining: | 7.00 | 13.50 | 106.00 |

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA  19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| EARNINGS | | | | | |
| Regular | 15.43 | 76.50 | 1,180.40 | | 15,271.75 |
| Overtime | | | | | 2,382.31 |
| Holiday | | | | | 959.49 |
| Vacation | | | | | 968.94 |
| Sick | | | | | 965.79 |
| Comp Time | 15.43 | 3.50 | 54.01 | | 1,022.97 |
| Excused | | | | | 708.01 |
| | | | | | |
| *** Total Gross Pay | | | 1,234.41 | | 21,679.26 |
| | | | | | |
| EMPLOYEE TAX DEDUCTIONS | | | | | |
| Federal -TX Withholding Tax | | | 112.76 | | 2,036.16 |
| Federal -TX EE Social Security Ta | | | 76.53 | | 1,344.11 |
| Federal -TX EE Medicare Tax | | | 17.90 | | 314.35 |
| Pennsylv-TX Withholding Tax | | | 37.90 | | 665.56 |
| Pennsylv-TX EE Unemployment Tax | | | 0.74 | | 13.01 |
| Media Bo-TX Withholding Tax | | | 12.34 | | 216.80 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 32.00 |
| | | | | | |
| *** Total Employee Taxes | | | 260.17 | | 4,621.99 |
| | | | | | |
| OTHER DEDUCTIONS | | | | | |
| Pn Fd Non-Elec | | | 86.41 | | 1,517.57 |
| County Life Insurance | | | 1.43 | | 11.44 |
| AETNA Dental | | | 40.39 | | 323.12 |
| AFSCME Un Dues | | | 35.10 | | 278.76 |
| | | | | | |
| *** Total Other Deductions | | | 163.33 | | 2,130.89 |

Advice number      0011235200346001
Pay date           08/02/2019

Deposited to the
account of      Kelly Lisa Y.

This amount     ***EIGHT HUNDRED TEN USD and 91/100 ***                    $      810.91

**Earnings Statement**

County of Delaware
201 W. Front Street
Media, PA, 19063

Pay Date.... 07/19/2019
Pay Period.. 06/30/2019 -07/13/2019
Pers.No..... 00112352
Check/Advice #: 0011235200345001

| Net Pay = | Gross Pay | - | Taxes | - | Deductions |
|---|---|---|---|---|---|
| 898.63 | 1,249.83 | | 263.71 | | 87.49 |

| Time Earned | Vacation | Sick | Comp Hrs |
|---|---|---|---|
| Remaining: | 7.00 | 13.50 | 109.50 |

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA 19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 15.43 | 46.00 | 709.78 | | 14,091.35 |
| Overtime | | | | | 2,382.31 |
| Holiday | 15.43 | 7.00 | 108.01 | | 959.49 |
| Vacation | 15.43 | 14.00 | 216.02 | | 968.94 |
| Sick | 15.43 | 14.00 | 216.02 | | 965.79 |
| Comp Time | | | | | 968.96 |
| Excused | | | | | 108.01 |
| **\*\*\* Total Gross Pay** | | | 1,249.83 | | 20,444.85 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 114.48 | | 1,923.40 |
| Federal -TX EE Social Security Ta | | | 77.49 | | 1,267.58 |
| Federal -TX EE Medicare Tax | | | 18.12 | | 296.45 |
| Pennsylv-TX Withholding Tax | | | 38.37 | | 627.66 |
| Pennsylv-TX EE Unemployment Tax | | | 0.75 | | 12.27 |
| Media Bo-TX Withholding Tax | | | 12.50 | | 204.46 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 30.00 |
| **\*\*\* Total Employee Taxes** | | | 263.71 | | 4,361.82 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 87.49 | | 1,431.16 |
| County Life Insurance | | | | | 10.01 |
| AETNA Dental | | | | | 282.73 |
| AFSCME Un Dues | | | | | 243.66 |
| **\*\*\* Total Other Deductions** | | | 87.49 | | 1,967.56 |

Advice number      0011235200345001
Pay date           07/19/2019

Deposited to the
account of    **Kelly Lisa Y.**

This amount    \*\*\*EIGHT HUNDRED NINETY-EIGHT USD and 63/100 \*\*\*          $      898.63

**Earnings Statement**

County of Delaware
201½ Front Street
Media, PA, 19063

Pay Date.... 07/05/2019
Pay Period.. 06/16/2019 -06/29/2019
Pers.No..... 00112352
Check/Advice #: 0011235200344001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 702.80 | 1,080.11 | 224.78 | 152.53 |

| Time Earned Remaining: | Vacation | Sick | Comp.Hrs |
|---|---|---|---|
| | 9.00 | 15.50 | 109.50 |

Dept/Location   11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA  19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 15.43 | 52.50 | 810.08 | | 13,381.57 |
| Overtime | | | | | 2,382.31 |
| Holiday | | | | | 851.48 |
| Vacation | 15.43 | 7.00 | 108.01 | | 752.92 |
| Sick | | | | | 749.77 |
| Comp Time | 15.43 | 10.50 | 162.02 | | 968.96 |
| Excused | | | | | 108.01 |
| *** Total Gross Pay | | | 1,080.11 | | 19,195.02 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 95.54 | | 1,808.92 |
| Federal -TX EE Social Security Ta | | | 66.97 | | 1,190.09 |
| Federal -TX EE Medicare Tax | | | 15.66 | | 278.33 |
| Pennsylv-TX Withholding Tax | | | 33.16 | | 589.29 |
| Pennsylv-TX EE Unemployment Tax | | | 0.65 | | 11.52 |
| Media Bo-TX Withholding Tax | | | 10.80 | | 191.96 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 28.00 |
| *** Total Employee Taxes | | | 224.78 | | 4,098.11 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 75.61 | | 1,343.67 |
| County Life Insurance | | | 1.43 | | 10.01 |
| AETNA Dental | | | 40.39 | | 282.73 |
| AFSCME Un Dues | | | 35.10 | | 243.66 |
| *** Total Other Deductions | | | 152.53 | | 1,880.07 |

Advice number      0011235200344001
Pay date           07/05/2019

Deposited to the
account of    **Kelly Lisa Y.**

This amount    ***SEVEN HUNDRED TWO USD and 80/100 ***          $      702.80

County of Delaware
Media, PA, 19063

Pay Date.... 06/21/2019
Pay Period.. 06/02/2019 -06/15/2019
Pers.No..... 00112352
Check/Advice #: 0011235200343001

| Net Pay = | Gross Pay - | Taxes - | Deductions |
|---|---|---|---|
| 958.09 | 1,334.71 | 283.19 | 93.43 |

| Time Earned Remaining: | Vacation | Sick | Comp Hrs |
|---|---|---|---|
| | 10.00 | 14.50 | 120.00 |

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA 19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 15.43 | 75.50 | 1,164.97 | | 12,571.49 |
| Overtime | 23.15 | 5.00 | 115.73 | | 2,382.31 |
| Holiday | | | | | 851.48 |
| Vacation | | | | | 644.91 |
| Sick | | | | | 749.77 |
| Comp Time | 15.43 | 3.50 | 54.01 | | 806.94 |
| Excused | | | | | 108.01 |
| *** Total Gross Pay | | | 1,334.71 | | 18,114.91 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 123.95 | | 1,713.38 |
| Federal -TX EE Social Security Ta | | | 82.75 | | 1,123.12 |
| Federal -TX EE Medicare Tax | | | 19.36 | | 262.67 |
| Pennsylv-TX Withholding Tax | | | 40.98 | | 556.13 |
| Pennsylv-TX EE Unemployment Tax | | | 0.80 | | 10.87 |
| Media Bo-TX Withholding Tax | | | 13.35 | | 181.16 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 26.00 |
| *** Total Employee Taxes | | | 283.19 | | 3,873.33 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 93.43 | | 1,268.06 |
| County Life Insurance | | | | | 8.58 |
| AETNA Dental | | | | | 242.34 |
| AFSCME Un Dues | | | | | 208.56 |
| *** Total Other Deductions | | | 93.43 | | 1,727.54 |

Advice number        0011235200343001
Pay date             06/21/2019

Deposited to the
account of    **Kelly Lisa Y.**

This amount    ***NINE HUNDRED FIFTY-EIGHT USD and 09/100 ***                $      958.09

County of Delaware

Pay Date.... 06/07/2019
Pay Period.. 05/19/2019 -06/01/2019
Pers.No..... 00112352
Check/Advice #: 0011235200342001

| Net Pay = | Gross Pay | - | Taxes | - | Deductions |
|---|---|---|---|---|---|
| 994.68 | 1,496.71 | | 320.34 | | 181.69 |

| Time Earned Remaining: | Vacation 10.00 | Sick 14.50 | Comp Hrs 120.00 |
|---|---|---|---|

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA 19082

|  | | Current Period | | Retro-Active | Year To Date |
|---|---|---|---|---|---|
|  | Rate | Hours | Amount | Amount | Amount |
| **EARNINGS** | | | | | |
| Regular | 15.43 | 61.00 | 941.23 | | 11,406.52 |
| Overtime | 23.15 | 10.00 | 231.45 | | 2,266.58 |
| Holiday | 15.43 | 14.00 | 216.02 | | 851.48 |
| Vacation | | | | | 644.91 |
| Sick | 15.43 | 7.00 | 108.01 | | 749.77 |
| Comp Time | | | | | 752.93 |
| Excused | | | | | 108.01 |
| *** Total Gross Pay | | | 1,496.71 | | 16,780.20 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 142.03 | | 1,589.43 |
| Federal -TX EE Social Security Ta | | | 92.79 | | 1,040.37 |
| Federal -TX EE Medicare Tax | | | 21.70 | | 243.31 |
| Pennsylv-TX Withholding Tax | | | 45.95 | | 515.15 |
| Pennsylv-TX EE Unemployment Tax | | | 0.90 | | 10.07 |
| Media Bo-TX Withholding Tax | | | 14.97 | | 167.81 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 24.00 |
| *** Total Employee Taxes | | | 320.34 | | 3,590.14 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 104.77 | | 1,174.63 |
| County Life Insurance | | | 1.43 | | 8.58 |
| AETNA Dental | | | 40.39 | | 242.34 |
| AFSCME Un Dues | | | 35.10 | | 208.56 |
| *** Total Other Deductions | | | 181.69 | | 1,634.11 |

Advice number    0011235200342001
Pay date    06/07/2019

Deposited to the
account of    **Kelly Lisa Y.**

This amount    ***NINE HUNDRED NINETY-FOUR USD and 68/100 ***    $    994.68

601 No Front Street
Media, PA, 19063

```
Pay Date....   05/24/2019
Pay Period..   05/05/2019 -05/18/2019
Pers.No.....   00112352
Check/Advice #: 0011235200341001
```

| Net Pay = | Gross Pay | - | Taxes | - | Deductions |
|-----------|-----------|---|-------|---|------------|
| 822.95 | 1,141.82 | | 238.94 | | 79.93 |

| Time Earned Remaining: | Vacation | Sick | Comp Hrs |
|------------------------|----------|------|----------|
| | 10.00 | 14.50 | 120.00 |

Dept/Location    11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA  19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 15.43 | 74.00 | 1,141.82 | | 10,465.29 |
| Overtime | | | | | 2,035.13 |
| Holiday | | | | | 635.46 |
| Vacation | | | | | 644.91 |
| Sick | | | | | 641.76 |
| Comp Time | | | | | 752.93 |
| Excused | | | | | 108.01 |
| **\*\*\* Total Gross Pay** | | | 1,141.82 | | 15,283.49 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 102.43 | | 1,447.40 |
| Federal -TX EE Social Security Ta | | | 70.80 | | 947.58 |
| Federal -TX EE Medicare Tax | | | 16.56 | | 221.61 |
| Pennsylv-TX Withholding Tax | | | 35.05 | | 469.20 |
| Pennsylv-TX EE Unemployment Tax | | | 0.68 | | 9.17 |
| Media Bo-TX Withholding Tax | | | 11.42 | | 152.84 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 22.00 |
| **\*\*\* Total Employee Taxes** | | | 238.94 | | 3,269.80 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 79.93 | | 1,069.86 |
| County Life Insurance | | | | | 7.15 |
| AETNA Dental | | | | | 201.95 |
| AFSCME Un Dues | | | | | 173.46 |
| **\*\*\* Total Other Deductions** | | | 79.93 | | 1,452.42 |

Advice number     0011235200341001
Pay date          05/24/2019

Deposited to the
account of    **Kelly Lisa Y.**

This amount    \*\*\*EIGHT HUNDRED TWENTY-TWO USD and 95/100 \*\*\*          $          822.95

**Earnings Statement**

Foster McGarvey
201 W. Front Street
Media, PA, 19063

| | |
|---|---|
| Pay Date.... | 05/10/2019 |
| Pay Period.. | 04/21/2019 -05/04/2019 |
| Pers.No..... | 00112352 |
| Check/Advice #: | 0011235200340001 |

| Net Pay = | Gross Pay | - | Taxes | - | Deductions |
|---|---|---|---|---|---|
| 854.14 | 1,296.12 | | 274.33 | | 167.65 |

| Time Earned Remaining: | Vacation | Sick | Comp Hrs |
|---|---|---|---|
| | 7.00 | 14.50 | 113.00 |

Dept/Location   11847/000
Kelly Lisa Y.
107 Normandy Road
Upper Darby PA  19082

| | Rate | Current Period Hours | Amount | Retro-Active Amount | Year To Date Amount |
|---|---|---|---|---|---|
| **EARNINGS** | | | | | |
| Regular | 15.43 | 63.00 | 972.09 | | 9,323.47 |
| Overtime | | | | | 2,035.13 |
| Holiday | | | | | 635.46 |
| Vacation | 15.43 | 14.00 | 216.02 | | 644.91 |
| Sick | | | | | 641.76 |
| Comp Time | 15.43 | 7.00 | 108.01 | | 752.93 |
| Excused | | | | | 108.01 |
| **\*\*\* Total Gross Pay** | | | 1,296.12 | | 14,141.67 |
| **EMPLOYEE TAX DEDUCTIONS** | | | | | |
| Federal -TX Withholding Tax | | | 119.65 | | 1,344.97 |
| Federal -TX EE Social Security Ta | | | 80.36 | | 876.78 |
| Federal -TX EE Medicare Tax | | | 18.79 | | 205.05 |
| Pennsylv-TX Withholding Tax | | | 39.79 | | 434.15 |
| Pennsylv-TX EE Unemployment Tax | | | 0.78 | | 8.49 |
| Media Bo-TX Withholding Tax | | | 12.96 | | 141.42 |
| Media Bo-TX Local Services Tax | | | 2.00 | | 20.00 |
| **\*\*\* Total Employee Taxes** | | | 274.33 | | 3,030.86 |
| **OTHER DEDUCTIONS** | | | | | |
| Pn Fd Non-Elec | | | 90.73 | | 989.93 |
| County Life Insurance | | | 1.43 | | 7.15 |
| AETNA Dental | | | 40.39 | | 201.95 |
| AFSCME Un Dues | | | 35.10 | | 173.46 |
| **\*\*\* Total Other Deductions** | | | 167.65 | | 1,372.49 |

| | |
|---|---|
| Advice number | 0011235200340001 |
| Pay date | 05/10/2019 |

Deposited to the
account of   **Kelly Lisa Y.**

This amount   \*\*\*EIGHT HUNDRED FIFTY-FOUR USD and 14/100 \*\*\*          $          854.14

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | P 08 | 63285 | 135 | W | 3200 | 97362 | GROSS PAY | 223362 | 5021084 |
| 2 | P 08 | 63285 | 135 | N | 1107 | 1893 | FED TAX M0 | 19349 | 446297 |
| 1 | P 08 | 63285 | 135 | W | 3947 | 120089 | ST TAX PAM0 | 6725 | 151388 |
| 1 | P 08 | 63285 | 135 | N | 1374 | 2350 | RETIRE 8 | 1752 | 38734 |
| 1 | P 07 | 61980 | 135 | W | 53 | 1579 | MEDICARE | 3181 | 71593 |
| 1 | P 07 | 61980 | 135 | N | 53 | 89 | UN W | 3258 | 68418 |
| INSURANCE INCOME | | | | | | 278 | VBP | 125 | 2625 |
| | | | | | | | INSE3 | 276 | 5796 |
| | | | | | | | FDV-D | 3167 | 66236 |
| | | | | | | | FDV-V | 1124 | 23643 |
| | | | | | | | L0651 | 8647 | 194799 |
| | | | | | | | SOSEC | 13599 | 306121 |

**LEAVE STATUS**

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8.00 |
| AL PRIOR YR BAL | -8.00 |
| + AL EARNED YTD | 160.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 20.00 |
| = EARNED AL BAL | -48.00 |
| + AL ADVANCED | 48.00 |
| = AVAIL AL BAL | 0.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 4.00 |
| + SL EARNED YTD | 80.00 |
| - SL USED YTD | 76.00 |
| = CURRENT SL BAL | 8.00 |
| SL USED THIS PP | 0.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 8.00 |
| PP01 TO CURRENT PP | 69.84 |

EARNED A/L NEGATIVE

NET PAY 1621.59   NT BK   6869.01

USPS RETIREMENT

EARNINGS STATEMENT

PS FORM 1223-B JUNE 1985

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

10-18-2019
00007600

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA 19082-4804

| 471 | 41-7965 | J | KELLY | | 01149621 | 20 19 | 00109746 |
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

**DETAIL EARNINGS**

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|----|---------|------|------|-----|-------|-----|
| 2 | P 08 | 63285 | 135 | W | 3129 | 95201 |
| 2 | P 08 | 63285 | 135 | O | 150 | 6846 |
| 2 | P 08 | 63285 | 135 | N | 1206 | 2062 |
| 2 | P 07 | 61980 | 135 | W | 71 | 2116 |
| 2 | P 07 | 61980 | 135 | O | 50 | 2235 |
| 2 | P 07 | 61980 | 135 | N | 121 | 202 |
| 1 | P 08 | 63285 | 135 | W | 2377 | 72321 |
| 1 | P 07 | 61980 | 135 | N | 775 | 1325 |
| 1 | P 07 | 61980 | 135 | N | 23 | 685 |
| | | | | | 23 | 38 |
| INSURANCE INCOME | | | | L | 800 | 23838 |
| | | | | | 318 | |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|-------------|--------------|
| GROSS PAY | 206869 | 4797722 |
| FED TAX MO | 17369 | 426948 |
| ST TAX PAMO | 6219 | 144663 |
| RETIRE 8 | 1553 | 36982 |
| MEDICARE | 2942 | 68412 |
| UN W | 3258 | 65160 |
| VBP | 125 | 2500 |
| INS E3 | 276 | 5520 |
| FDV-D | 3167 | 63069 |
| FDV-V | 1124 | 63069 |
| LO651 | 8008 | 22519 |
| SOSEC | 12580 | 292522 |

**LEAVE STATUS**

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8.00 |
| AL PRIOR YR BAL | -8.00 |
| + AL EARNED YTD | 152.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 0.00 |
| = EARNED AL BAL | -56.00 |
| + AL ADVANCED | 56.00 |
| = AVAIL AL BAL | 0.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 4.00 |
| + SL EARNED YTD | 76.00 |
| - SL USED YTD | 76.00 |
| = CURRENT SL BAL | 4.00 |
| SL USED THIS PP | 8.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 16.00 |
| PP01 TO CURRENT PP | 6184 |

EARNED A/L NEGATIVE

NET PAY    1502.48    NT BK

USPS RETIREMENT
6869.01

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA  19176-9997

10-04-2019
00109746

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA   19082-4804

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DETAIL EARNINGS | | | SERIAL NUMBER |
| | | | | | | | GROSS TO NET | | | |
| 2 | P 08 | 63285 | 135 | W | 800 | 24340 | GROSS PAY | 182584 | 4116406 | ANNUAL LEAVE(AL) CAT: 800 |
| 2 | P 08 | 63285 | 135 | N | 274 | 469 | FED TAX MO | 14955 | 367556 | AL PRIOR YR BAL -800 |
| 2 | P 07 | 61980 | 135 | W | 1600 | 47677 | ST TAX PAMO | 5474 | 124162 | + AL EARNED YTD 1280 |
| 2 | P 07 | 61980 | 135 | N | 544 | 908 | RETIRE 8 | 1434 | 31718 | + AL HOL EARNED YTD 000 |
| 1 | P 07 | 61980 | 135 | W | 3200 | 95354 | MEDICARE | 2590 | 58707 | - AL USED YTD 2000 |
| 1 | P 07 | 61980 | 135 | N | 1148 | 1917 | UN H | 3258 | 55586 | = EARNED AL BAL -800 |
| | | | | | | 1919 | VBP | 125 | 2125 | + AL ADVANCED 800 |
| INSURANCE INCOME | | | | | 400 | 278 | INS53 | 276 | 4692 | = AVAIL AL BAL 000 |
| | | | | | | 278 | FDV-D | 3167 | 53568 | AL USED THIS PP 000 |
| | | | | | | | FDV-V | 1124 | 19147 | SICK LEAVE(SL) CAT: 400 |
| | | | | | | | LO651 | 7086 | 159755 | SL PRIOR YR BAL 400 |
| | | | | | | | SOSEC | 11072 | 251022 | + SL EARNED YTD 640 |
| | | | | | | | | | | - SL USED YTD 640 |
| | | | | | | | | | | = CURRENT SL BAL 400 |
| | | | | | | | | | | SL USED THIS PP 400 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| EARNED A/L NEGATIVE | | | | | | | | | | PAY PERIOD LWOP 2000 |
| | | | | | | | | | | PP01 TO CURRENT PP 3984 |

NET PAY   1325.23   NT BK

USPS RETIREMENT
6869.01

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

08-23-2019
00056525

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA   19082-4804

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | | | EMPLOYEE NAME | | EMPLOYEE ID | | PAY PERIOD | SERIAL NUMBER |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | | YEAR-TO-DATE | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | P 08 | 63285 | 135 | W | 2400 | 73021 | GROSS PAY | 246453 | 3933822 | ANNUAL LEAVE(AL) CAT: | 800 |
| 2 | P 08 | 63285 | 135 | N | 825 | 1411 | FED TAX NO | 21879 | 353101 | AL PRIOR YR BAL | -800 |
| 2 | P 07 | 61980 | 135 | W | 1600 | 47677 | ST TAX PAHO | 7373 | 118668 | + AL EARNED YTD | 1200 |
| 2 | P 07 | 61980 | 135 | N | 557 | 930 | MEDICARE | 3487 | 56117 | + AL HOL EARNED YTD | 000 |
| 1 | P 08 | 63285 | 135 | W | 800 | 24340 | RETIRE  8 | 1923 | 30284 | - AL USED YTD | 2000 |
| 1 | P 08 | 63285 | 135 | N | 271 | 463 | UN W | 3258 | 52128 | = EARNED AL BAL | -800 |
| 1 | P 07 | 61980 | 135 | W | 2400 | 71515 | VBP | 125 | 2000 | + AL ADVANCED | 800 |
| 1 | P 07 | 61980 | 135 | N | 753 | 1258 | INSES | 276 | 4416 | = AVAIL AL BAL | 000 |
| | | | | L | 800 | 23838 | FDV-B | 3167 | 50401 | AL USED THIS PP | 000 |
| INSURANCE INCOME | | | | | 318 | | FDV-V | 1124 | 18023 | SICK LEAVE(SL) CAT: | 400 |
| | | | | | | | L0651 | 9487 | 152669 | SL PRIOR YR BAL | 400 |
| | | | | | | | SOSEC | 14909 | 239950 | + SL EARNED YTD | 600 |
| | | | | | | | | | | - SL USED YTD | 600 |
| | | | | | | | | | | = CURRENT SL BAL | 400 |
| | | | | | | | | | | SL USED THIS PP | 800 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 000 |
| | | | | | | | | | | PP01 TO CURRENT PP | 1984 |

EARNED A/L NEGATIVE

NET PAY   1774.45   NT BK          6869.01

USPS RETIREMENT

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

08-09-2019
00055574

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA  19082-4804

| PAY | 4 | '965 NO. | J | KELLY |  |  | 01149621 | 15 19 | 00056561 |
|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE NAME — EMPLOYEE ID — PAY PERIOD — SERIAL NUMBER

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | P 07 | 61980 | 135 | W | 4000 | 119192 | GROSS PAY | 244546- | 3689369 | ANNUAL LEAVE(AL) CAT: 8.00 |
| 2 | P 07 | 61980 | 135 | N | 1380 | 2305 | FED TAX MO | 21891- | 331222 | AL PRIOR YR BAL -8.00 |
| 1 | P 08 | 63285 | 135 | W | 2400 | 73021 | ST TAX PA MO | 7376- | 111295 | + AL EARNED YTD 112.00 |
| 1 | P 08 | 63285 | 135 | N | 837 | 1431 | RETIRE 8 | 1919 | 28361 | + AL HOL EARNED YTD 0.00 |
| 1 | P 07 | 61980 | 135 | W | 1600 | 47677 | MEDICARE | 3487- | 526630 | - AL USED YTD 200.00 |
| 1 | P 07 | 61980 | 135 | N | 551 | 920 | UN W | 3258- | 48870 | = EARNED AL BAL -96.00 |
| INSURANCE INCOME |  |  |  |  | 278 |  | VBP | 125- | 1875 | + AL ADVANCED 96.00 |
|  |  |  |  |  |  |  | INS E3 | 276- | 4140 | = AVAIL AL BAL 0.00 |
|  |  |  |  |  |  |  | FDV-D | 3167- | 47234 | AL USED THIS PP 0.00 |
|  |  |  |  |  |  |  | FDV-V | 1124- | 16899 | SICK LEAVE(SL) CAT: 4.00 |
|  |  |  |  |  |  |  | L0651 | 9491 | 143182 | SL PRIOR YR BAL 4.00 |
|  |  |  |  |  |  |  | SOSEC | 14914- | 225041 | + SL EARNED YTD 56.00 |
|  |  |  |  |  |  |  |  |  |  | - SL USED YTD 52.00 |
|  |  |  |  |  |  |  |  |  |  | = CURRENT SL BAL 8.00 |
|  |  |  |  |  |  |  |  |  |  | SL USED THIS PP 0.00 |
|  |  |  |  |  |  |  |  |  |  | LEAVE WITHOUT PAY(LWOP) |
|  |  |  |  |  |  |  |  |  |  | PAY PERIOD LWOP 0.00 |
|  |  |  |  |  |  |  |  |  |  | PP01 TO CURRENT PP 19.84 |

NET PAY    1775.18    NT BK

USPS RETIREMENT
6869.01

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

07-26-2019
00056561

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA  19082-4804

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

**LEAVE STATUS**

| | YEAR-TO-DATE | |
|---|---|---|
| ANNUAL LEAVE(AL) CAT: | | 8.0 |
| AL PRIOR YR BAL | 34448.23 | -8.0 |
| + AL EARNED YTD | 30933.1 | 10.40 |
| + AL HOL EARNED YTD | 1039.19 | 0.00 |
| - AL USED YTD | 26442 | 20.00 |
| = EARNED AL BAL | 49143 | -10.40 |
| + AL ADVANCED | 45612 | 10.40 |
| = AVAIL AL BAL | 1750 | 0.0 |
| AL USED THIS PP | 3864 | |
| SICK LEAVE(SL) CAT: | 44067 | 4.0 |
| SL PRIOR YR BAL | 15775 | 4.0 |
| + SL EARNED YTD | 133691 | 52.0 |
| - SL USED YTD | 210127 | 52.0 |
| = CURRENT SL BAL | | 4.0 |
| SL USED THIS PP | | 6.0 |
| LEAVE WITHOUT PAY(LWOP) | | |
| PAY PERIOD LWOP | 100.0 | |
| PP01 TO CURRENT PP | 1984. | |

USPS RETIREMENT    6869.01

| EMPLOYEE ID | PAY PERIOD |
|---|---|
| 0114962 | 14 19 |

SERIAL NUMBER    00054087

GROSS TO NET

| | THIS PERIOD |
|---|---|
| GROSS PAY | 213299 |
| FED TAX MO | 18144 |
| ST TAX PAMO | 6417 |
| RETIRE 8 | 1681 |
| MEDICARE | 3025 |
| UN W | 3258 |
| VBP | 1425 |
| INSE3 | 376 |
| FDW-O | 3162 |
| FDW-V | 1822 |
| LO651 | 8228 |
| SOSEC | 12975 |

NET PAY    1548.22    NT BK

**DETAIL EARNINGS**

| WK | RSC/LEV | PAYLOC | FINANCE NO. | EMPLOYEE NAME | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|---|---|---|
| 2 | P | 08 | | KELLY | 63285 | 135 | W | 16.00 | 48681 |
| 2 | P | 08 | | | 63285 | 135 | N | 5.55 | 949 |
| 1 | P | 08 | | | 63285 | 135 | W | 8.00 | 24340 |
| 1 | P | 08 | | | 63285 | 135 | N | 2.62 | 448 |
| 1 | P | 07 | | | 61980 | 135 | W | 32.00 | 95354 |
| 1 | P | 07 | | | 61980 | 135 | N | 10.84 | 1810 |
| | | | | | | | L | 14.00 | 41717 |

INSURANCE INCOME    278

07-12-2019
00054087

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997



JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA 19082-605

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 471 | 41-7965 | J KELLY | 01149621 | 13 19 | 00056942 |

GROSS TO NET

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 08 | 63285 | 135 | W | 800 | 24340 |
| 2 | P 08 | 63285 | 135 | W | 280 | 4779 |
| 2 | P 08 | 61980 | 135 | W | 2200 | 65556 |
| 2 | P 07 | 61980 | 135 | N | 821 | 13371 |
| 2 | P 08 | 63285 | 135 | N | 2400 | 73012 |
| 1 | P 08 | 63285 | 135 | N | 813 | 3390 |
| 1 | P 08 | 63285 | 135 | N | 1600 | 47677 |
| 1 | P 07 | 61980 | 135 | N | 463 | 773 |
|  |  |  |  | L | 1000 | 29798 |
| INSURANCE INCOME |  |  |  |  | 278 |  |

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 244405 | 3231524 |
| FED TAX MO | 21874 | 291190 |
| STAX PANHO | 7371 | 97502 |
| RETIRE 8 | 1923 | 2476 |
| MEDICARE | 3486 | 46108 |
| UN W | 3258 | 42354 |
| VBP | 125 | 1625 |
| INH5% | 276 | 3588 |
| FDV-D | 3167 | 40900 |
| FDV-V | 1124 | 14651 |
| LD651 | 9485 | 125413 |
| SDSEC | 14905 | 197152 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 8.00 |
| AL PRIOR YR BAL | -8.00 |
| + AL EARNED YTD | 96.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 20.00 |
| = EARNED AL BAL | -12.00 |
| + AL ADVANCED | 112.00 |
| = AVAIL AL BAL | 0.00 |
| AL USED THIS PP | 0.00 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 0.00 |
| + SL EARNED YTD | 48.00 |
| - SL USED YTD | 46.00 |
| = CURRENT SL BAL | 0.00 |
| SL USED THIS PP | 20.00 |
| LEAVE WITHOUT PAY(LWOP) | 0.00 |
| PAY PERIOD LWOP | 0.00 |
| PPØ1 TO CURRENT PP | 984 |

USPS RETIREMENT

06-28-2019
00056942
6869.01

NET PAY    1774.11    NT BK

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA  19082-4804

| 471 | 41-7965 J   KELLY | | | | | 01149621 | 12 19 | 00109168 |
|---|---|---|---|---|---|---|---|---|
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE |
| 2 | P 08 | 63285 | 135 | W | 400 | 12170 | GROSS PAY | 236526 | 2987119 |
| 2 | P 08 | 63285 | 135 | N | 275 | 470 | FED TAX M0 | 20928 | 269316 |
| 1 | P 08 | 63285 | 135 | W | 2400 | 73021 | ST TAX PA M0 | 7130 | 90131 |
| 1 | P 08 | 63285 | 135 | N | 818 | 1399 | RETIRE 8 | 1877 | 22838 |
| | | | | L | 5016 | 149466 | MEDICARE | 3371 | 42622 |
| INSURANCE INCOME | | | | | 278 | | UN W | 3258 | 39096 |
| | | | | | | | VBP | 125 | 1500 |
| | | | | | | | INSE3 | 276 | 3312 |
| | | | | | | | FDV-D | 3167 | 37733 |
| | | | | | | | FDV-V | 1124 | 13527 |
| | | | | | | | L0651 | 9179 | 115928 |
| | | | | | | | SOSEC | 14415 | 182247 |

LEAVE STATUS:

| ANNUAL LEAVE(AL) CAT: | 8.00 |
|---|---|
| AL PRIOR YR BAL | -8.00 |
| + AL EARNED YTD | 88.00 |
| + AL HOL EARNED YTD | 0.00 |
| - AL USED YTD | 20.00 |
| = EARNED AL BAL | -120.00 |
| + AL ADVANCED | 120.00 |
| = AVAIL AL BAL | 0.00 |
| AL USED THIS PP | 20.16 |
| SICK LEAVE(SL) CAT: | 4.00 |
| SL PRIOR YR BAL | 4.00 |
| + SL EARNED YTD | 44.00 |
| - SL USED YTD | 44.00 |
| = CURRENT SL BAL | 4.00 |
| SL USED THIS PP | 14.00 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 1.84 |
| PP01 TO CURRENT PP | 9.84 |
| USPS RETIREMENT | |

NET PAY    1716.76    NT BK    6869.01

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

06-14-2019
00109168

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA  19082-4804

PS FORM 1223-B JUNE 1985 — EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | | | EMPLOYEE NAME | | | EMPLOYEE ID | | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DETAIL EARNINGS | | | | | GROSS TO NET | | | LEAVE STATUS |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL)CAT: 8.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | P | 08 | 63285 | 135 | W | 796 | 2421 9 | GROSS PAY | 2430 04 | 2750593 | AL PRIOR YR BAL | -80.0 |
| 2 | P | 08 | 63285 | 135 | N | 271 | 963 | FED TAX N9 | 21706 | 248388 | + AL EARNED YTD | 80.0 |
| 2 | P | 07 | 61980 | 135 | W | 2404 | 71635 | ST.TAX PAN9 | 7328 | 83001 | + AL HOL EARNED YTD | 00.0 |
| 2 | P | 07 | 61980 | 135 | N | 820 | 2369 | RETIRE 8 | 1915 | 20961 | - AL USED YTD | 17984 |
| 1 | P | 08 | 63285 | 135 | W | 800 | 24340 | MEDICARE | 3466 | 39251 | = EARNED AL BAL | -10784 |
| 1 | P | 08 | 63285 | 135 | N | 268 | 958 | UH H | 3258 | 35838 | + AL ADVANCED | 12800 |
| 1 | P | 07 | 61980 | 135 | W | 2400 | 71515 | VRP | 125 | 1375 | = AVAIL AL BAL | 2016 |
| 1 | P | 07 | 61980 | 135 | N | 796 | 1329 | INSE3 | 276 | 3036 | AL USED THIS PP | 00.0 |
| | | | | | | | 47676 | F0V-D | 3167 | 34566 | SICK LEAVE(SL) CAT: 4.0 |
| INSURANCE INCOME | | | | | L | 1600 | | F0V-V | 1124 | 12403 | SL PRIOR YR BAL | 40.0 |
| | | | | | | 318 | | L0651 | 9431 | 106749 | + SL EARNED YTD | 40.0 |
| | | | | | | | | S0SEC | 14820 | 167832 | - SL USED YTD | 300.0 |
| | | | | | | | | | | | = CURRENT SL BAL | 140.0 |
| | | | | | | | | | | | SL USED THIS PP | 00.0 |
| | | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | | PAY PERIOD LWOP | 00.0 |
| | | | | | | | | | | | PP01 TO CURRENT PP | 80.0 |
| | | | | | | | | | | | USPS RETIREMENT |

NET PAY    1763.88    NT BK    6869.01

05-31-2019
00056648

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA 19082-4804

PS FORM 1223-B, JUNE 1985    EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | EMPLOYEE ID | | PAY PERIOD | | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|

9/11  91-/9691 J    KELLY    U119961 J    10 19    000.9932

**DETAIL EARNINGS**

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 2 | P 08 | 6.3285 | 135 | W | 1400 | PAY | 42596 | GROSS PAY | 245900 | 2507589 | ANNUAL LEAVE(AL)CAT. 8.00 |
| 2 | P 08 | 6.3285 | 135 | N | 616 | | 1053 | FED TAX M0 | 22053 | 2226382 | AL PRIOR YR BAL -80.0 |
| 2 | P 07 | 6.1980 | 135 | N | 2200 | | 65556 | ST.TAX PAM0 | 7417 | 756073 | + AL EARNED YTD 72.0 |
| 2 | P 07 | 6.1980 | 135 | W | 585 | | 977 | RETIRE 8 | 1918 | 19046 | - AL HOL EARNED YTD 0.0 |
| 1 | P 08 | 6.3285 | 135 | W | 800 | | 24340 | MEDICARE | 3507 | 35785 | - AL USED YTD 17.984 |
| 1 | P 08 | 6.3285 | 135 | O | 150 | | 2282 | UN H | 3258 | 33580 | = EARNED AL BAL -11.584 |
| 1 | P 08 | 6.3285 | 135 | N | 308 | | 527 | VBP | 125 | 1250 | + AL ADVANCED 13.60 |
| 1 | P 07 | 6.1980 | 135 | N | 2390 | | 71217 | INSE3 | 276 | 2760 | = AVAIL AL BAL 2.016 |
| 1 | P 07 | 6.1980 | 135 | N | 2776 | | 1296 | FDV-D | 3167 | 31399 | AL USED THIS PP 2.0 |
| 1 | P 07 | 6.1980 | 135 | N | 1210 | | 36056 | FDV-V | 1124 | 112279 | SICK LEAVE(SL)CAT. 4.00 |
| | INSURANCE INCOME | | | | | | | LOGS1 | 9543 | 97318 | SL PRIOR YR BAL 4.0 |
| | | | | | 278 | | | SOSEC | 14997 | 1530012 | + SL EARNED YTD 36.00 |
| | | | | | | | | | | | - SL USED YTD 30.0 |
| | | | | | | | | | | | = CURRENT SL BAL 10.0 |
| | | | | | | | | | | | SL USED THIS PP 2.0 |
| | | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | | | PAY PERIOD LWOP 0.0 |
| | | | | | | | | | | | PPN1 TO CURRENT PP 8.0 |

GROSS TO NET    USPS RETIREMENT

NET PAY    1785.15    NT BK    NT BK    6869.01

05-17-2019
00054952

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

JOSEPH KELLY
107 NORMANDY RD
UPPER DARBY PA    19082-4804

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| 471 | 41-7965 | J | KELLY | 01149621 | 09 19 | 00056467 |

| | | | DETAIL EARNINGS | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
| 2 | P 08 | 63285 | 135 | W | 800 | 24340 | GROSS PAY | 243738 | 2261689 | ANNUAL LEAVE(AL) CAT: | 8.00 |
| 2 | P 08 | 63285 | 135 | N | 608 | 1040 | FED TAX M0 | 21794 | 204629 | AL PRIOR YR BAL | -8.00 |
| 2 | P 07 | 61980 | 135 | W | 1600 | 47677 | ST TAX PA M0 | 7351 | 68256 | + AL EARNED YTD | 64.00 |
| 2 | P 07 | 61980 | 135 | N | 516 | 862 | RETIRE 8 | 1914 | 17128 | + AL HOL EARNED YTD | 0.00 |
| 1 | P 08 | 63285 | 135 | W | 657 | 19990 | MEDICARE | 3477 | 32278 | - AL USED YTD | 177.74 |
| 1 | P 08 | 63285 | 135 | N | 657 | 1123 | UN W | 3258 | 29322 | = EARNED AL BAL - | 121.74 |
| 1 | P 07 | 61980 | 135 | W | 3343 | 99615 | VBP | 125 | 1125 | + AL ADVANCED | 144.00 |
| 1 | P 07 | 61980 | 135 | N | 847 | 1414 | INSE3 | 276 | 2484 | = AVAIL AL BAL | 22.26 |
| | | | | L | 1600 | 47677 | FDV-D | 3167 | 28232 | AL USED THIS PP | 16.00 |
| INSURANCE INCOME | | | | | | 318 | FDV-V | 1124 | 10155 | SICK LEAVE(SL) CAT: | 4.00 |
| | | | | | | | LD651 | 9459 | 87775 | SL PRIOR YR BAL | 4.00 |
| | | | | | | | SOSEC | 14866 | 138015 | + SL EARNED YTD | 32.00 |
| | | | | | | | | | | - SL USED YTD | 28.00 |
| | | | | | | | | | | = CURRENT SL BAL | 8.00 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 8.00 |

NET PAY    1769.27   NT BK              USPS RETIREMENT        6869.01

MANAGER
US POSTAL SERVICE
7500 LINDBERGH BLVD RM 3043
PHILADELPHIA PA 19176-9997

05-03-2019
00056467